UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHNNY ALLEMAN** | **CIVIL DOCKET NO. 6:22-CV-01608** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE OF LOUISIANA, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for REPORT AND RECOMMENDATION [Doc. 30]. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 30] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION [DOC. 30], the United States' MOTION TO DISMISS FOR LACK OF JURISDICTION [Doc. 19] is GRANTED. Plaintiff's claims against the United States and Trevor Farkas are hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on the 11th day of October 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE